THE PEOPLE OF THE STATE OF NEW YORK ex rel. IGNATZ WOHL, Respondent, v. JOHN P. LEO, Chairman, and Others, Constituting the Board of Appeals of the

---

City of New York, Appellants.— Final order affirmed, with costs. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.